**Mark A. Miller, 9563**
mmiller@hollandhart.com
**Brett L. Foster, 6089**
bfoster@hollandhart.com
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone:  (801) 799-5800
Facsimile:  (801) 799-5700
*Attorneys for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **1-800 CONTACTS, INC.**,<br><br>Plaintiff,<br><br>vs.<br><br>**WATCHDOG GROUP, LC d/b/a LENSALERT!**,<br><br>Defendant. | **STIPULATION OF DISMISSAL**<br><br>Case No. 2:11-cv-00130<br>Honorable Judge Ted Stewart |

Plaintiff, 1-800 Contacts, Inc., and Defendant Watchdog Group, LC, by and through their respective counsel of record, hereby stipulate to the dismissal of Plaintiff's claims against Defendant *with prejudice* in accordance with Fed. R. Civ. P. 41(a)(1), with all parties to bear their own costs and attorney fees.

Date: November 16, 2011

 /s/ Mark A. Miller
Mark A. Miller (9563)
Brett L. Foster  (6089)
HOLLAND & HART LLP
*Attorneys for Plaintiff*

Date: November 16, 2011

 /s/  Scott R. Brown
Scott R. Brown (*pro hac vice*)
HOVEY WILLIAMS LLP
*Attorneys for Defendant*
(signed by filing attorney with permission from Defendant's counsel)

5287322_1.DOC